### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE R. BROOKE JACKSON

| | |
|---|---|
| Courtroom Deputy: Nel Steffens | Date: September 25, 2013 |
| Court Reporter: Kara Spitler | Probation: Laura Ansart |

Criminal Action No. 13-cr-00088-RBJ

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  Michelle Heldmyer

    Plaintiff,

v.

1. MICHAEL AGUAYO,  Marna Lake

    Defendant.

### SENTENCING MINUTES

**Court in session:** 8:31 a.m.

Appearances of counsel. Both counsel appear by video conference from Grand Junction, Colorado.

Defendant appears by video conference from Grand Junction, Colorado.

Friends and family speak on behalf of the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on July 18, 2013, to Counts One and Two of the Indictment.

**ORDERED:**   Defendant's **CJA Motion for "Variant" Sentence Below Sentencing Guidelines** [doc. #22] filed September 11, 2013, is **GRANTED** but for reasons as stated on the record.

**ORDERED:**   Defendant shall be **imprisoned** for **141 months** on Count One, and **120** months on Count Two, to be served concurrently.

Court RECOMMENDS that defendant receive credit for days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at . (and recommends that he/she be allowed to participate in a program for treatment of drug abuse.**)**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of five years on Count One and three years on Count Two, to be served concurrently.

**ORDERED:   Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:   Special Condition** of Supervised Release that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer.

        The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(**X**)    Defendant shall submit to a search of his person or residence on reasonable suspicion of any violation of supervised release.

(**X**)    Defendant shall remain medication compliant.

**ORDERED:**  Court recommends that the Bureau of Prisons designate the defendant to a facility in the District of California as near as possible to where his family resides.

**ORDERED:**  Court recommends that the Bureau of Prisons credit the defendant with time already served.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Ms. Heldmyer orally moves for an order of forfeiture as to the gun that is the subject of the Indictment and will follow the oral motion in writing as soon as possible.

**ORDERED:** The government's oral motion for forfeiture of the gun is **GRANTED**.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**    9:27 a.m.

Hearing concluded.

Total time:    **00:56**